UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

v.                                Case No. 2:17-cr-178

William E. Young,                Judge Michael H. Watson

    Defendant.

## ORDER

William E. Young ("Defendant") pleaded guilty before Magistrate Judge King to cyberstalking in violation of 18 U.S.C. § 2261A(2). Magistrate Judge King thereafter issued a Report and Recommendation ("R&R") recommending the Court accept Defendant's guilty plea (decision on acceptance of the plea agreement was deferred for consideration by the Undersigned upon completion of a presentence investigation report). R&R, ECF No. 31. The R&R details why Magistrate Judge King believed Defendant's guilty plea was knowingly and voluntarily made. *See generally, id.* Further, the R&R notified the parties of their right to object to the same within fourteen days and of the consequences of the failure to object. *Id.* at 3. More than fourteen days have passed, and no objections were filed. For that reason, as well as the reasons stated in the R&R, the Court **ADOPTS** the same and **ACCEPTS** Defendant's guilty plea.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT